Alex D. Kruzyk (*pro hac vice*)
akruzyk@pkglegal.com
Bryan A. Giribaldo (*pro hac vice*)
bgiribaldo@pkglegal.com
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444

*Counsel for Plaintiff and the proposed Classes*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Gina Johnson, on behalf of herself and all others similarly situated, | ) |
| | ) Case No. 2:25-cv-04981-DWL |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| vs. | ) **SUPPLEMENTAL AUTHORITY** |
| | ) **REGARDING DEFENDANT'S** |
| HomeLight, Inc., | ) **MOTION TO DISMISS PLAINTIFF'S** |
| | ) **FIRST AMENDED COMPLAINT** |
| Defendant. | ) |
| | ) |

Gina Johnson ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding the decision entered by Judge Teilborg in *D'Agostino v. Circle K Stores Inc.*, No. CV-26-01225-PHX-JAT, 2026 U.S. Dist. LEXIS 89449 (D. Ariz. Apr. 22, 2026). There—in the face of a similar motion to dismiss text message claims brought under 47 U.S.C. § 227(c)(5)— Judge Teilborg held in relevant part that "[t]here is no question as to whether text messages are calls under the TCPA in this Circuit. Although Circle K's counsel seems determined to ignore it, settled law from the Ninth Circuit Court of Appeals establishes that a TCPA violation may arise from unsolicited text messages." *Id.* at *17.

Plaintiff respectfully contends that this is highly relevant to HomeLight, Inc.'s motion to dismiss, ECF No. 16.

Plaintiff's Notice of Supplemental Authority Regarding Defendant's Motion to Dismiss - 1

Date: April 24, 2026.                By:*/s/ Alex D. Kruzyk*
                                     Alex D. Kruzyk (*pro hac vice*)
                                     akruzyk@pkglegal.com
                                     Bryan A. Giribaldo (*pro hac vice*)
                                     bgiribaldo@pkglegal.com
                                     **Pardell, Kruzyk & Giribaldo, PLLC**
                                     7500 Rialto Blvd. Suite 1-250
                                     Austin, Texas 78735
                                     Tele: (561) 726-8444

                                     *Counsel for Plaintiff and the proposed
                                     Classes*

Plaintiff's Notice of Supplemental Authority Regarding Defendant's Motion to Dismiss - 2